Opinion issued July 15, 2010 









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-00704-CV

____________


CHCA CLEAR LAKE, L.P.; CHCA CLEAR LAKE, L.P. d/b/a CLEAR
LAKE REGION MEDICAL CENTER, INC.; AND CLEAR LAKE
REGIONAL MEDICAL CENTER, Appellants


V.


JAMES A. SIMMONS, JR., AS REPRESENTATIVE AND INDEPENDENT
EXECUTOR OF THE ESTATE OF JAMES A. SIMMONS SR., AS
WRONGFUL DEATH BENEFICIARY OF JAMES A. SIMMONS, SR.,
REPRESENTATIVE OF ALL OTHER WRONGFUL DEATH
BENEFICIARIES OF JAMES A. SIMMONS, SR., AND AS HEIR, Appellee






On Appeal from the 234th District Court

Harris County, Texas

Trial Court Cause No. 2008-53888






MEMORANDUM OPINION

 Appellant has filed a motion to dismiss the appeal. More than 10 days have
elapsed, and no objection has been filed. No opinion has issued. Accordingly, the
motion is granted, and the appeal is dismissed. Tex. R. App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Bland and Sharp.